UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANTHONY J. BRODZKI, | ) |
| | ) |
| Plaintiff, | )   2:11-cv-01655-PMP-CWH |
| | ) |
| v. | )   <u>ORDER</u> |
| | ) |
| CITY OF CHICAGO, | ) |
| | ) |
| Defendant. | ) |
|_____ | ) |

IT IS ORDERED THAT Plaintiff Anthony J. Brodski's Motion for Temporary

Restraining Order (Doc. #10) is hereby DENIED.

DATED:  January 27, 2012

_____
PHILIP M. PRO
United States District Judge