UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANTHONY J. BRODZKI,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF CHICAGO,<br><br>        Defendant. | 2:11-cv-01655-PMP-CWH<br><br>ORDER |

    IT IS ORDERED THAT Plaintiff Anthony J. Brodski's Motion for Temporary Restraining Order (Doc. #10) is hereby DENIED.

DATED: January 27, 2012

_____
PHILIP M. PRO
United States District Judge