1

2

3

4                          UNITED STATES DISTRICT COURT

5                                DISTRICT OF NEVADA

6                                        * * *

7   ANHONY J. BRODZKI,                    )
    ANTHONY J. BRODZKI,                   )
7                                         )          2:11-cv-01655-PMP-CWH
                Plaintiff,                )
8                                         )
    v.                                    )                  ORDER
9                                         )
    CITY OF CHICAGO,                      )
10                                        )
                Defendant.                )
11  _____       )

12          IT IS ORDERED THAT Plaintiff Anthony J. Brodski's Motion for Temporary

13  Restraining Order (Doc. #12) is hereby DENIED.

14

15  DATED:  February 8, 2012

16                                        _____

17                                        PHILIP M. PRO
                                          United States District Judge
18

19

20

21

22

23

24

25

26