UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

|  |  |  |
|---|---|---|
| ANTHONY J. BRODZKI, | ) | |
| Plaintiff, | ) | 2:11-cv-01655-PMP-CWH |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CITY OF CHICAGO, | ) | |
| Defendant. | ) | |

IT IS ORDERED THAT Plaintiff Anthony J. Brodski's Motion for Temporary Restraining Order (Doc. #14) is hereby DENIED.

DATED:  February 13, 2012

PHILIP M. PRO
United States District Judge