UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

ANTHONY J. BRODZKI,

    Plaintiff,

v.

CITY OF CHICAGO,

    Defendant.

2:11-cv-01655-PMP-CWH

<u>ORDER</u>

    IT IS ORDERED THAT Plaintiff Anthony J. Brodski's Motion for Temporary Restraining Order (Doc. #14) is hereby DENIED.

DATED: February 13, 2012

_____
PHILIP M. PRO
United States District Judge