UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTHONY J. BRODZKI, | )     2:11-cv-1655-PMP-CWH |
|        Plaintiff, | ) |
| | )     **ORDER** |
| vs. | ) |
| | ) |
| CITY OF CHICAGO, | ) |
| | ) |
|        Defendant(s). | ) |

Having conducted a *de novo* review of this case and the Report and Recommendation (Doc. #17) of Magistrate Judge C. W. Hoffman, Jr., and good cause appearing,

**IT IS ORDERED** that the Recommendation (Doc. #17) of Magistrate Hoffman is AFFIRMED and that the Plaintiff's Amended Complaint (Doc. #4) is hereby DISMISSED with prejudice.

DATED: November 26, 2012.

_____
PHILIP M. PRO
United States District Judge