UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANTHONY J. BRODZKI, | 2:11-cv-1655-PMP-CWH |
| Plaintiff, | |
| vs. | **ORDER** |
| CITY OF CHICAGO, | |
| Defendant(s). | |

Having conducted a *de novo* review of this case and the Report and Recommendation (Doc. #17) of Magistrate Judge C. W. Hoffman, Jr., and good cause appearing,

**IT IS ORDERED** that the Recommendation (Doc. #17) of Magistrate Hoffman is AFFIRMED and that the Plaintiff's Amended Complaint (Doc. #4) is hereby DISMISSED with prejudice.

DATED: November 26, 2012.

PHILIP M. PRO
United States District Judge